VICTORIA L. FRANCIS
Assistant U.S. Attorney
U.S. Attorney's Office
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247- 4633
FAX: (406) 657- 6058
Email: victoria.francis@usdoj.gov

RANDY J. TANNER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 329-4268
FAX: (406) 542-1476
Email: randy.tanner@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CLAIRE ABBOTT, Personal Representative of the Estate of Granville Stuart Abbott,<br><br>             Plaintiff,<br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | CV 21-14-GF-BMM<br><br><br>STIPULATION FOR DISMISSAL |

t:\civil\2021v00068\dismissal docs\stipulation for dismissal.docx

1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses. This stipulation is accompanied by a proposed order dismissing the case.

DATED this 13th day of April 2022.

                LEIF M. JOHNSON
                United States Attorney


                /s/ Randy J. Tanner
                VICTORIA L. FRANCIS
                RANDY J. TANNER
                Assistant U.S. Attorneys
                Attorneys for Defendant


                /s/ Jeffrey G. Winter
                DUROCHER & WINTER, P.C.
                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April 2022, a copy of the foregoing document was served on the following person by the following means.

| | |
|---|---|
| 1–2 | CM/ECF |
| _____ | Hand Delivery |
| _____ | U.S. Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk of Court

2. Jeffrey G. Winter
DUROCHER & WINTER, P.C.
118 6th St. South
P.O. Box 1629
Great Falls, Montana 59403-1629
(406) 727-4020
jwinter@mtlawyers.net
*Attorney for Plaintiff*


/s/ Randy J. Tanner
Assistant U.S. Attorney
Attorney for Defendant